# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

KENT and LANCE LOGAN, on behalf of the Estate of A. Scott Logan, deceased, and as co-trustees for the Kent and Lance Logan Irrevocable Trusts,

Appellants,

v.

MORGAN, LEWIS & BOCKIUS LLP, a Pennsylvania limited liability partnership; ROBERT C. GUNTHER; JAYNE C. GUNTHER; and HIGHPOINT TOWER TECHNOLOGY, INC., a Delaware corporation,

Appellees.

No. 2D2024-2135
_____

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Darren D. Farfante, Judge.

Scott C. Ilgenfritz of Johnson, Pope, Bokor, Ruppel & Burns, LLP, Tampa; Scott F. Hessell of Sperling Kenny Nachwalter LLC, Chicago, Illinois; and Adam P. Merrill of Watershed Law LLC, Chicago, Illinois, for Appellants.

Joshua C. Webb, Fred C. ("Kip") Marshall, II, and Dennis P. Waggoner of Hill Ward Henderson, Tampa; and James P. Fogelman, Nancy E. Hart, Shannon E. Mader, and Meredith K. Spoto, of Gibson, Dunn & Crutcher LLP, Los Angeles, California, for Appellee Morgan, Lewis & Bockius LLP, a Pennsylvania limited liability partnership.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.